UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


FILED
17 MAR 30 PM 1:02

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>**Omar Estrada-Esquivel** (5),<br><br>                Defendant. | CASE NO. 07CR1408-WQH<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_X\_ of the offense(s) as charged in the Indictment:

21:952, 960 and 963 - Conspiracy to Import Methamphetamine (1) 21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine (2) 21:841(a)(1); 18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting (5) 18:1956(h); 18:1956(a)(2)(A),(B)(i) - Money Laundering Conspiracy; Money Laundering (7) 18:1956(a)(2)(A),(B)(i) and 2 - Money Laundering (8)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/29/17

Judge William Q. Hayes